UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARCIAL CALDERON LOPEZ                                                                                    PETITIONER

V.                                                                                       CIVIL ACTION NO. 3:23-CV-462-DPJ-FKB

WARDEN C. HARRISON, Yazoo City Low I                                                            RESPONDENT

JUDGMENT

For the reasons stated in the Order entered this date, this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2024.

                                                      s/ *Daniel P. Jordan III*
                                                      CHIEF UNITED STATES DISTRICT JUDGE